UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>AVENTIS SYSTEMS, INC., a Georgia Corporation,<br><br>               Defendants. | No. 2:16-cv-01234-RSM<br><br>STIPULATED PERMANENT INJUNCTION |

## STIPULATION

Plaintiff Microsoft Corporation and Defendant Aventis Systems, Inc., by and through their respective counsel of record, hereby stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of November, 2017.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*


By  *s/ Bonnie E. MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    Lauren Dorsett, WSBA #43110
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email:  bonniemacnaughton@dwt.com
            jamiewendell@dwt.com
            laurendorsett@dwt.com

SIMBURG, KETTER, SHEPPARD & PURDY, LLP
*Attorneys for Aventis Systems, Inc.*


By  *s/ Kenneth Sheppard*
    Kenneth Sheppard, WSBA #5899
    Melvyn J. Simburg, WSBA #4773
    999 Third Avenue, Suite 2525
    Seattle, WA  98101-4089
    Tel:  (206) 382-2600
    Fax: (206) 223-3929
    Email: ksheppard@sksp.com
            msimburg@sksp.com

## PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Aventis and its directors, principals, officers, successors and assigns are enjoined and restrained from:

1.      Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys decoupled from their original licensed software;

2.      Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights, except as permitted by law or as otherwise authorized or allowed by Microsoft;

3.      Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale,

STIPULATED PERMANENT INJUNCTION - 2

offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

4. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

6. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

DATED THIS 8th day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax