UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVENTIS SYSTEMS, INC., a Georgia Corporation,<br><br>Defendant. | No. 2:16-cv-01234-RSM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff Microsoft Corporation and Defendant Aventis Systems, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2. The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the parties' settlement agreement and Stipulated Injunction.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of November, 2017.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Microsoft Corp.* | SIMBURG, KETTER, SHEPPARD & PURDY, LLP<br>*Attorneys for Aventis Systems, Inc.* |
| *s/ Bonnie E. MacNaughton*<br>Bonnie E. MacNaughton, WSBA #36110<br>James H. Wendell, WSBA #46489<br>Lauren Dorsett, WSBA #43110<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: bonniemacnaughton@dwt.com<br>jamiewendell@dwt.com<br>laurendorsett@dwt.com | *s/ Kenneth Sheppard*<br>Kenneth Sheppard, WSBA #5899<br>Melvyn J. Simburg, WSBA #4773<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98101-4089<br>Tel: (206) 382-2600<br>Fax: (206) 223-3929<br>Email: ksheppard@sksp.com<br>msimburg@sksp.com |

**ORDER**

IT IS SO ORDERED.

DATED THIS 8th day of November, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax